IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PARK PLACE DEVELOPMENT LLC                                              PLAINTIFF

vs.                                  No. 4:20-cv-1411 JM

JOSHUA HIGHTOWER,
MELISSA HIGHTOWER,
JOHN HIGHTOWER                                                          DEFENDANTS

<u>ORDER</u>

On motion of Plaintiff, the parties' settlement having been read into the record in open court, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of March, 2022.

_____
James M. Moody Jr.
United States District Judge